UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                 19-cv-1195 SCY-LF

MAHMOOD HURAB, R. PH.,
SYLVIA TELLEZ, C. PH. T., and
READY PHARMACY I, INC.,

    Defendants.

## THE PARTIES JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT

The parties move the Court, through the undersigned counsel, for the Court to enter a Stipulated Judgment in favor of Plaintiff the United States of America and against Defendants Mahmood Hurab, Sylvia Tellez, and Ready Pharmacy I, LLC,[1] jointly and severally as to each, in the amount of four hundred fifty thousand dollars ($450,000) plus interest at the federal statutory rate, computed and compounded daily from the date this judgment is entered.

As grounds therefore, the parties state as follows:

1.     The United States filed this action on December 20, 2019.

2.     On March 5, 2021, Defendant Mahmood Hurab filed a Suggestion of Bankruptcy and Notice of Operation of Automatic Stay. Doc. 34.

3.     Defendant Mahmood Hurab had filed for bankruptcy under Chapter 13 in the United States Bankruptcy Court in the District of New Mexico, captioned *In re Mahmood Ragah Hurab*, No. 21-10260-t13.

---

[1] Incorrectly referenced as Ready Pharmacy I, Inc. in the caption.

4. On March 15, 2021, Defendants Sylvia Tellez and Ready Pharmacy I, Inc. filed a Suggestion of Bankruptcy and Notice of Operation of Automatic Stay. Docs. 36, 37.

5. Defendant Sylvia Tellez had filed for bankruptcy under Chapter 13 in the United States Bankruptcy Court in the District of New Mexico, captioned *In re Sylvia Tellez*, No. 21-10296-t13.

6. Defendant Ready Pharmacy I, LLC had filed for bankruptcy under Chapter 7 in the United States Bankruptcy Court in the District of New Mexico, captioned *In re Ready Pharmacy I, LLC*, No. 21-10295-t13.

7. On June 24, 2021, the Bankruptcy Court entered orders in each of the Defendants' bankruptcy cases holding that the automatic stay provisions do not apply to the subject action. See Exhibit 1.

8. There after the parties entered into a Definitive Settlement Agreement which was approved by the bankruptcy court. See e.g. Exhibit 2; Exhibit 3.

9. Pursuant to the Definitive Settlement Agreement, the parties agreed to entry of the requested Stipulated Judgment.

WHEREFORE, the parties request the Court to enter a Stipulated Judgment in favor of Plaintiff the United States of America and against Defendants Mahmood Hurab, Sylvia Tellez, and Ready Pharmacy I, LLC, jointly and severally as to each, in the amount of four hundred fifty thousand dollars ($450,000) plus interest at the federal statutory rate, computed and compounded daily from the date this judgment is entered, which will be e-mailed to the Court's chambers separately.

Respectfully Submitted,

FRED FEDERICI
United States Attorney

*Electronically filed 12/14/21*
RUTH FUESS KEEGAN
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274; Fax: (505) 346-7205
Ruth.F.Keegan@usdoj.gov

and

GRAYSON LAW OFFICE, LLC
*e-mail approval on　　　　　*
Brian G. Grayson, Esq.
3901 Georgia Rd NE Ste. A-2-A
Albuquerque, NM 87110
(505) 273-8570
(505) 214-5007 (fax)
Brian@graysonlawoffice.net
Attorney for Defendants