UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                                                 19-cv-1195 MV-LF

MAHMOOD HURAB, R. PH.,
SYLVIA TELLEZ, C. PH. T., and
READY PHARMACY I, INC.,

    Defendants.

## STIPULATED JUDGMENT

This matter comes before the Court on the Parties' Joint Motion for Stipulated Judgment [Doc. 38]. The Court finds that the Motion is well-taken and should be granted.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Plaintiff, the United States of America, and against Defendants, Mahmood Hurab, Sylvia Tellez, and Ready Pharmacy I, LLC, jointly and severally as to each, in the amount of four hundred fifty thousand dollars ($450,000) plus interest at the federal statutory rate, computed and compounded daily from the date that this judgment is entered.

                                                            _____
                                                            MARTHA VAZQUEZ
                                                            United States District Judge